**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SHIWA NAHADI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRITISH AMERICAN TOBACCO P.L.C., and BRITISH-AMERICAN TOBACCO MARKETING (SINGAPORE) PRIVATE LIMITED,<br><br>Defendants. | Case No.: 1:26-cv-274-LMB-WEF |

**DECLARATION OF BENJAMIN W. SNYDER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

I, Benjamin W. Snyder, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and the State of Maryland, and I have been granted leave to practice *pro hac vice* before this Court. I am counsel for Defendants British American Tobacco p.l.c. and British-American Tobacco Marketing (Singapore) Private Limited in this case.

2. I submit this declaration in support of Defendants' Motion to Dismiss Amended Complaint.

3. Attached to this declaration are, to the best of my knowledge, information, and belief, true and correct copies of the following documents, all of which were cited in the Amended Complaint (¶ 15):

a. **Exhibit A:** The Deferred Prosecution Agreement as to British American Tobacco p.l.c. in *United States v. British American Tobacco p.l.c.*, No. 25-

cr-118 (D.D.C. Apr. 25, 2023), Dkt. 11, which includes the Statement of Offense as its Attachment A;

b. **Exhibit B:** The Plea Agreement as to British-American Tobacco Marketing (Singapore) Private Limited in *United States v. British American Tobacco p.l.c.*, No. 25-cr-118 (D.D.C. Apr. 25, 2023), Dkt. 12; and

c. **Exhibit C:** The Settlement Agreement between the Office of Foreign Assets Control and British American Tobacco p.l.c., dated April 17, 2023, which was downloaded from the U.S. Department of the Treasury's website at https://ofac.treasury.gov/media/931661/download?inline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 15, 2026
Washington, DC

*/s/ Benjamin W. Snyder*
Benjamin W. Snyder (*pro hac vice*)