# Exhibit 2

- 1902 - 1920
- 1921 - 1940
- 1941 - 1960
- 1961 - 1980
- 1981 - 2000
- 2001 - Present






CABLE MESSAGE.
THE WESTERN UNION TELEGRAPH COMPANY.

RECEIVED

W. Duke, Durham, NC.

Have just completed great de[al] with British manufacturers covering world securing great benefit to our companies.

Duke

## 1902

When the UK's Imperial Tobacco Company and the American Tobacco Company of the United States form a joint venture, the British American Tobacco Company. James 'Buck' Duke becomes the company's first chairman. His strategy is to devise a superior product, hire the best people to make it, price it as low as possible, and mechanise production.

## 1904–1911

A period of rapid expansion sees us develop markets in the West Indies, India, Ceylon, Egypt, Holland, Belgium, Sweden, Norway, Finland, Indonesia, East Africa and Malaya.



## 1905

The acquisition of a majority share in Cairo-based cigarette manufacturer, Maspero Freres Company, allows us to expand our export trade of cigarettes made from Turkish tobacco into India and Europe.

## 1910

Our cigarettes sales now exceed 10 billion per year.

425 1 form425.htm

Filed by British American Tobacco p.l.c.
Pursuant to Rule 425 of the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
of the Securities Exchange Act of 1934

Subject Company: Reynolds American Inc.
Commission File No.: 001-32258

*Not for release, publication or distribution, in whole or in part, in or into or from any jurisdiction where to do so would constitute a violation of the relevant laws or regulations of such jurisdiction*

*This announcement contains inside information.*

**For immediate release: 17 January 2017**

# BAT Announces Agreement to Acquire Reynolds

**British American Tobacco p.l.c. ("BAT") and Reynolds American Inc. ("Reynolds"), have agreed the terms of a recommended offer for BAT to acquire the remaining 57.8% of Reynolds it does not already own. The transaction has been unanimously approved by the Transaction Committee of independent Reynolds directors established to evaluate the BAT offer. The transaction has also been approved by the Boards of Reynolds and BAT.**

**Agreed Terms**

- Reynolds shareholders will receive for each Reynolds share $29.44 in cash and 0.5260 BAT ordinary shares which shall be represented by BAT American Depository Receipts (ADRs) listed on the New York Stock Exchange
- Based on BAT's share price and the Dollar-Sterling exchange rate as at market close on 16 January 2017[1], this implies a total current value of $59.64 per Reynolds share and a total current value of approximately $49.4 billion for the 57.8% of Reynolds not already owned by BAT
- Represents a premium of 26% over the closing price of Reynolds common stock on 20 October 2016 (being the last day prior to BAT's announcement of a proposal to merge with Reynolds)
- NYSE-listed Level III ADRs representing BAT ordinary shares will be issued following registration under US securities laws

**Creates a stronger, truly global tobacco and Next Generation Products ("NGP") company to deliver sustained long-term profit growth and returns with:**

- A balanced presence in high growth emerging markets and high profitability developed markets, combined with direct access to the attractive US market
- A portfolio of strong, growing global brands, bringing together ownership of Newport, Kent and Pall Mall
- A truly global NGP business, with a world class pipeline of vapour and tobacco heating products and access to the fastest growing NGP markets
- At least $400m of annualised cost synergies anticipated by the end of year 3, supporting continued margin improvement
- EPS and DPS accretive in the first full year and targeting mid-single digit EPS accretion in year 3, with the transaction beating the Group's WACC for the US by year 5.
- Enhanced cash generation with increased control of a significant proportion of group cash flows
- Continued commitment to BAT's dividend policy with a payout ratio of at least 65%
- A continuing strong financial profile, targeting a solid investment grade credit rating through progressive deleveraging

**BAT's Chief Executive, Nicandro Durante commented:**

*"We are very pleased to have reached an agreement with the Transaction Committee and Board of Reynolds and we look forward to putting the recommended offer to shareholders. We have been shareholders in Reynolds since 2004 and we have benefited from the success of the present management team's strategy, including its acquisition of Lorillard, which we supported with our own investment in 2015. BAT has consistently executed a winning strategy and has a proven track record of delivering strong results and returns for its shareholders while successfully investing for future growth. Our combination with Reynolds will benefit from utilising the best talent from both organisations. It will create a stronger, global tobacco and NGP business with direct access for our products across the most attractive markets in the world. We believe this will drive continued, sustainable profit growth and returns for shareholders long into the future."*

1 Reference BAT share price of GBp 4,762.5 and exchange rate of 1.2056 as quoted by Bloomberg

**Webcast registration and access:** The RAI conference call will be available online on a listen-only basis in the Investors section on our website at www.reynoldsamerican.com. Registration will be available as of Jan. 17, 2017. All remarks made during the conference call will be current at the time and will not be updated to reflect subsequent material developments. A replay will be available on the website.

While news media representatives will not be permitted to ask questions during the call, they are welcome to monitor the remarks on a listen-only basis.

**TRANSACTION WEBSITE**

For more information on the transaction, including investor presentations and SEC filings, please visit www.BATReynolds.transactionannouncement.com.

**Web and Social Media Disclosure**

RAI's website, www.reynoldsamerican.com, is the primary source of publicly disclosed news, including quarterly earnings, for RAI and its operating companies. RAI also uses Twitter to publicly disseminate company news via @RAI News. It is possible that the information we post could be deemed to be material information. We encourage investors and others to register at www.reynoldsamerican.com to receive alerts when news about the company has been posted, and to follow RAI on Twitter at @RAI News.

**ABOUT REYNOLDS AMERICAN**

Reynolds American Inc. (NYSE: RAI) is the parent company of R.J. Reynolds Tobacco Company; Santa Fe Natural Tobacco Company, Inc.; American Snuff Company, LLC; Niconovum USA, Inc.; Niconovum AB; and Reynolds Vapor Company.

- R.J. Reynolds Tobacco Company is the second-largest U.S. tobacco company.
  R.J. Reynolds' brands include Newport, Camel and Pall Mall.
- Santa Fe Natural Tobacco Company, Inc. manufactures and markets Natural American Spirit products in the United States.
- American Snuff Company, LLC is the nation's second-largest manufacturer of smokeless tobacco products. Its leading brands are Grizzly and Kodiak.
- Niconovum USA, Inc. and Niconovum AB market innovative nicotine replacement therapy products in the United States and Sweden, respectively, under the ZONNIC brand name.
- R.J. Reynolds Vapor Company is a marketer of digital vapor cigarettes, manufactured on its behalf by R.J. Reynolds, under the VUSE brand name in the United States.

Copies of RAI's news releases, annual reports, SEC filings and other financial materials, including risk factors containing forward-looking information, are available at www.reynoldsamerican.com. To learn more about how Reynolds American and its operating companies are transforming the tobacco industry, visit Transforming Tobacco.

**ABOUT BRITISH AMERICAN TOBACCO**

BAT is a global tobacco group with brands sold in more than 200 markets. It employs more than 50,000 people worldwide and has over 200 brands in its portfolio, with its cigarettes chosen by around one in eight of the world's one billion smokers. BAT has market leading positions in at least 55 markets around the world. The Group generated £5 billion adjusted profit from operations in 2015.

# Transforming & Winning

CAGNY Conference 2026




**Tadeu Marroco** – Chief Executive | **David Waterfield** – President, Reynolds American

BAT
A BETTER TOMORROW

# U.S. market opportunity overview

BAT
A BETTER TOMORROW



**U.S. market is the cornerstone of BAT strategy**



**U.S. is the largest growing nicotine revenue pool globally***



**Over 60M adult U.S. consumers using nicotine products**



**Multi-category portfolio positioned to deliver value growth**




**Combustibles portfolio back to sustainable value growth**




**Velo fastest growing brand in fastest growing category**




**Illegal vapor disposables enforcement increases; Vuse back to growth**



**Proven capabilities and talent behind business strategy**

*Source: Nicotine pool outside China. Based on internal estimates I Total adult nicotine consumers based on Q3'25 Consumer Track (Kantar Research). Ownership and rights to use the brand(s) included may vary by jurisdiction. In certain territories, the brand(s) may be owned, licensed, or otherwise controlled by third parties unaffiliated with BAT.

# Reynolds American is the cornerstone of growth for the BAT Group

BAT
A BETTER TOMORROW

REYNOLDS
GROWING TOMORROW

**Reynolds American is investing in the U.S. economy by building next-generation capabilities and creating thousands of new jobs to support our growth.**

**£2.5bn**
**Investment Committed by 2030***

**2,000+**
**New American Jobs***
(direct & indirect)

## Committed to invest in the long-term growth opportunity

*Investment period 2024-2030.

GROWING TOMORROW