## *** CIVIL MOTION MINUTES ***

Date: 7/24/2026

Before the Honorable: **LEONIE M. BRINKEMA**

Time: 11:00  -11:34  (00:34)

Case No.: **1:26-cv-00274-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Kate Galluzzo

# NAHADI ET AL

V.

# BRITISH AMERICAN TOBACCO P.L.C. ET AL

Appearances of Counsel for:

[ X ]  Plaintiff:  Raj Parekh, Geoffrey Eaton
[ X ]  Defendant:  Gary Bornstein, John Buretta, Davod Korn, Craig Reilly

**Re:**      [ 43 ]   MOTION to Dismiss *Amended Complaint for Lack of Personal Jurisdiction and Failure to State a Claim* - **GRANTED**

Argued and:

[ X ]  Order to Follow