IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHIWA NAHADI, et al.,                    )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )          1:26-cv-274 (LMB/WEF)
                                         )
BRITISH AMERICAN TOBACCO P.L.C., et al., )
                                         )
            Defendants.                  )

## ORDER

For the reasons stated in open court, defendants' Motion to Dismiss, [Dkt. No. 43], is

GRANTED, and it is hereby

ORDERED that this civil action be and is DISMISSED.

The Clerk is directed to enter judgment in defendants' favor pursuant to Federal Rule of

Civil Procedure 58, forward a copy of this Order to counsel of record, and close this civil action.

Entered this 24th day of July, 2026.

Alexandria, Virginia

                                         /s/
                                         Leonie M. Brinkema
                                         United States District Judge