**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Shiwa Nahadi, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-00274-LMB-WEF |
| | ) | |
| | ) | |
| British American Tobacco p.l.c. et al | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on July 24, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants British American Tobacco p.l.c. and British-American Tobacco Marketing (Singapore) Private Limited and against the plaintiffs Amanda Gustafson, K.L., Sarah Daniels, Collin Shepard, L.K., Ahmed Alsagar, Brett Gustafson, Ashley Schneider, Shiwa Nahadi(as representative for the estate of ESTATE OF OMER MAHMOUDZADEH), Adrienne Caudill, Alexander Knowles, L.H.C., Mitchell Ferguson, C.K., Joshua Lucchesi, Kaedinn Quitugua, Dustin Graham, Ram Zamel, J.M.D., Courtney Feldschneider, M.D.R., T.B., Lommie Blackmon, Corisia Smith, R.L., Zachary Parker, Sandro Vicente, Julie Ferguson, A.S.(by and through her next friend Michael Smith), Byron Hogan, A.S.(by and through her next friend Brittany Norfleet), Jacob Schmidt, Dolphise Colomb, K.L.P., Z.L., Brandon Hitchings, J.A.D., John Hergert, Stephanie Shilke, Nilsa Rivera-Villegas, Steven Garrett, C.N.D., Francine Rios(as

representative for the estate of ESTATE OF JASON QUITUGUA II), Louis Palla, M.W., Tammy Senecal-Lewis, Carlos Porres Jr., Rebecca Kvasager, Alyssa Hergert, M.I.W., L.G., Brock Johnson, Jaron Schneider, Robert Jones, J.H., Kaitlin Shepard, W.S., John Magee, Anthony Shappy, Mason Scarbrough, M.M., Kevin Stevens, S.J., Ryan Nolan, Deanna Lucchesi, Kenneth Lewis, Tremayne Joiner, Kendra Hawkins, Michael Smith, Necollier Daniels, Rodney Ragin, Alan Johnson, Jennifer Deaver, Olivia Carter, Carly Messman, Patrick Ben, H.L., A.P.(by and through her next friend Anthony Panchoo), Geoffrey Hansen, Tyla Winkler, Amanda Martin, Rachel Quinn, James Morgan, S.G.(by and through her next friend Stephon Green), Samantha Deer, Tavera Green, Hugh Spears Jr., Darlina Martin, Kerry Howard, Dagmar Taber, Jose Ortiz, J.J., Jaron Carter, William Taber, Tara Mahmoudzadeh, Brandon Spears, Frederick Shilke, Carolina Merrill, Leighton Lim, J.M., James Carson, Mentoria Green, P.J., M.Z.W., Melissa Brisco, R.C., Badekemi Biladjetan, A.G., Abby Sigurdson, Aaron Futrell, Isaac Martz, Andrew Jenkins, Jeremy Winkler, Sarah Morgan, A.D., Rebecca Pridgeon, Cayleigh Mart! in, Torrin Mcdougle, Johnathan Stark, Samuel Sigurdson, O.C., Mazin Mahdi, A.P.(by and through her next friend Michael Pridgeon), Stephon Green, Nicolaus Trivelpiece, K.S., Heather Garrett, Hailey Webster, Darius Martin, H.G., Michael Pridgeon, C.M., J.F., M.C.R., Brandon Godwin, Thomas Feldschneider, Jacob Deer, Teri Larson-Johnson, Dennis Licon, Allie Hansen, Nathan Grosse, J.B.R.D., Ali Brown, R.A.L., Miguel Figueroa, Timothy Brown, Cynthia Harmon, C.M., Mason Wright, Mackenzie Kammerer, Julian Mitchell, K.R.P., Dolores Syrell, Francine Rios, Daunte Keller, Mckenzie-Jae Quitugua, Gregory Sorensen, Shiwa Nahadi, A.J., A.T., C.H., Julius Brisco, Anastasia Lucchesi, Alexander Mendoza, Einreb Bismanos, Alexis Panchoo, C.T.D., J.C.D., T.P., Daine Kvasager, Melchi Mendoza, Patricia Puranda, John Goetz, L.T.C., Zachary Merrill, Brittany Norfleet, Samira Palla, Suzanne Hodges, Thomas Caudill, M.A.W.,

Costin Herwig, Anthony Panchoo, Shanerria Barber, Casey Stevens, Luis Villegas, Toni Alexander, S.G.(by and through his next friend Steven Garrett), Mills Pridgeon, Corey Faucett, Phillip Mendoza, Malissa Graham, J.C., Summer Quitugua, Megan Jenkins, R.K., Armamdo Martinez, IV

LAURA GRIFFIN, CLERK OF COURT

By: /s/
K. Galluzzo
Deputy Clerk

Dated: July 24, 2026
Alexandria, Virginia