**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| SHIWA NAHADI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRITISH AMERICAN TOBACCO P.L.C., and BRITISH-AMERICAN TOBACCO MARKETING (SINGAPORE) PRIVATE LIMITED,<br><br>Defendants. | Case No. 1:26-cv-274 |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs named in the Amended Complaint [Dkt. No. 39], by and through undersigned counsel, respectfully appeal to the United States Court of Appeals for the Fourth Circuit from the Order and Judgment entered on July 24, 2026 [Dkt. Nos. 53-54] dismissing plaintiffs' claims against defendants British American Tobacco p.l.c. and British-American Tobacco Marketing (Singapore) Private Limited.

Dated: July 24, 2026

Respectfully submitted,

*/s/ Raj Parekh*

Raj Parekh (Va. Bar No. 101209)
Geoffrey Eaton (*pro hac vice*)
Anthony Asuncion (*pro hac vice*)
Matthew J. Fisher (*pro hac vice*)
Adam J. Goldstein (*pro hac vice*)
Kathryn L. Rakoczy (*pro hac vice*)
Devin Charles Ringger (*pro hac vice*)
Tejinder Singh (*pro hac vice*)
Ryan R. Sparacino (*pro hac vice*)
SPARACINO PLLC
1920 L Street, NW, Suite 835

Washington, D.C. 20036
Tel: (202) 629-3530
raj.parekh@sparacinopllc.com
geoff.eaton@sparacinopllc.com
anthony.asuncion@sparacinopllc.com
matt.fisher@sparacinopllc.com
adam.goldstein@sparacinopllc.com
kate.rakoczy@sparacinopllc.com
devin.ringger@sparacinopllc.com
tejinder.singh@sparacinopllc.com
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends a notification of electronic filing (NEF) to all counsel of record.

*/s/ Raj Parekh*
Raj Parekh (Va. Bar No. 101209)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
raj.parekh@sparacinopllc.com